932

No. 86–1184.  BATEY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 86–1185.  KETTELSON v. MCI TELECOMMUNICATIONS CORP.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 86–1192.  KERR v. EL PASO TIMES, INC.  Ct. App. Tex., 8th Dist.  Certiorari denied.

No. 86–1194.  FEGURGUR v. TERRITORY OF GUAM.  C. A. 9th Cir.  Certiorari denied.

No. 86–1202.  WILSON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 86–1204.  CITY OF BATON ROUGE ET AL. v. ACHORD ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 86–1209.  POLUR v. NEW YORK ET AL.  Ct. App. N. Y. Certiorari denied.

No. 86–1214.  KNIGHT v. U. S. FIRE INSURANCE CO. ET AL. C. A. 2d Cir.  Certiorari denied.

No. 86–1215.  MISSOURI PACIFIC RAILROAD CO. v. MALDONADO.  C. A. 5th Cir.  Certiorari denied.

No. 86–1216.  REDIEHS EXPRESS, INC. v. MAPLE ET AL.  Ct. App. Ind.  Certiorari denied.

No. 86–1221.  HARNETT v. BILLMAN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 86–1222.  COUNTY OF PIERCE ET AL. v. KRAUS ET AL. C. A. 9th Cir.  Certiorari denied.

No. 86–1223.  PENNSYLVANIA v. POTTS.  Super. Ct. Pa.  Certiorari denied.